UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | **5:26-cv-00463-SVW-ACCV** | Date | May 14, 2026 |
|---|---|---|---|
| Title | ***Yeiny Penaloza Monsalve v. Fereti Semaia, et al.*** | | |

Present: The Honorable | Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On February 2, 2026, Petitioner Yeiny Penaloza Monsalve ("Petitioner") filed a Petition for Writ of Habeas Corpus in this Federal Court. ECF No. 1.  On that same day, Petitioner also filed an application for a temporary restraining order ("TRO"). ECF No. 4. On March 30, 2026, the Court denied Petitioner's TRO. ECF No. 10. On April 13, 2026, the Court issued its Order Requiring Answer/Return to Petition ("Order"). ECF No. 11.  Pursuant to the Order, Respondents were ordered to file an answer to the Petition no later than May 4, 2026. Petitioner's traverse/reply, if any, within 14 days of the date of service of the answer.

To date, Respondents have not filed their Answer to the Petition or otherwise responded to the Petition. As such, this litigation is stalled.

Accordingly, Respondent is **ORDERED TO SHOW CAUSE** in writing no later than **9:00 AM on May 18, 2026,** why Respondent has failed to file any responsive pleading. Respondent is cautioned that failure to timely respond to this Order to Show Cause ("OSC") may result in the imposition of sanctions against counsel and/or the responding agency. Furthermore, should Respondents fail to file a responsive pleading, the Court will elect to deem the factual allegations in the Petition as unopposed and proceed to a determination on the merits of the Petition without the benefit of a response.  Filing the Answer by 9:00 AM on May 18, 2026, shall be deemed compliant with this OSC. Upon filing of the Answer, Petitioner's traverse/reply, if any, shall be filed no later than 3 days after the answer is filed, or in the case of an unrepresented petitioner, 14 days after the answer is served.

| Page **1** of **2** | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk <u>DC</u> |
|---|---|---|

**IT IS SO ORDERED.**