JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| YEINY PENALOZA MONSALVE, | Case No. 5:26-cv-00463-SVW-ACCV |
| Petitioner, | **JUDGMENT** |
| v. | |
| FERETI SEMAIA, *et al.*, | |
| Respondents. | |

Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that this action under 28 U.S.C. § 2241 is dismissed.

DATED: June 1, 2026

_____
HON. STEPHEN V. WILSON
United States District Judge